**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO.  1:99CR74**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JACOB ANDRE BOLDEN** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for copies of an *ex parte*

motion filed by him and the Court's subsequent order relating thereto.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**.  The

Clerk of Court is directed to unseal the Defendant's *ex parte* motion filed August 12, 1999, and

the Court's Order filed August 17, 1999, make copies of the documents, and provide same to the

Defendant.  The Clerk is directed to reseal these documents and same will remain sealed until

further order of this Court.

**Signed: August 25, 2005**

Lacy H. Thornburg
United States District Judge